1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                         EASTERN DISTRICT OF CALIFORNIA

8

9    WEBSTER S. LUCAS,                )      1:04-cv-6137 OWW WMW P
                                      )
10                   Plaintiff,       )      ORDER ADOPTING FINDINGS AND
                                      )      RECOMMENDATIONS AND
11        v.                          )      DISMISSING ACTION
                                      )
12   T. WALKER, et al.,               )
                                      )
13                   Defendants.      )
                                      )
14   _____ )

15

16

17        This case is before the Court on the Magistrate Judge's

18   Finding and Recommendations re: Defendants' Motion to Dismiss.

19   The Order is dated March 3, 2005.  Plaintiff filed objections

20   March 25, 2005, within the time for appeal.  The Court has

21   considered the motion and objections *de novo*.

22        After a full review pursuant to 28 U.S.C. § 636(b) the Court

23   finds that Plaintiff has no protectable Constitutional right to

24   any classification or employment at the prison law library or in

25   any other position.  The Findings and Recommendations of the

26   Magistrate Judge are ADOPTED in full.

27        FURTHER ORDERED that because state claims do not represent

28   cognizable Constitutional interests, the Court declines to

                                     1

1  exercise jurisdiction under 28 U.S.C. § 1367 as no protectable

2  Federal rights are implicated.

3       FURTHER ORDERED that Plaintiff's complaint is DISMISSED with

4  prejudice upon the ground that amendment would be futile.

5

6  DATED:   May 3, 2005.

7
                                    /s/ OLIVER W. WANGER
8                              _____
                                     Oliver W. Wanger
9                              UNITED STATES DISTRICT JUDGE

10  lucas order

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28